**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **STEVEN R. SYRJA,** ) | |
| *Individually and on behalf of* ) | |
| *all others similarly situated*, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION FILE** |
| ) | **NO.: 09-1956** |
| v. ) | |
| ) | |
| **WESTAT, INC.,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF LAWSUIT AGAINST WESTAT, INC. SEEKING UNPAID WAGES
AND OVERTIME COMPENSATION FOR CURRENT AND FORMER
<u>FIELD INTERVIEWERS AND DATA COLLECTORS</u>**

TO:   All individuals employed by Westat, Inc. as non-exempt, hourly-paid employees for the past three years.

*A Court has authorized this Notice.  This is not an advertisement.
Please review this Notice carefully, as it details certain legal rights that you may have.*

   This Notice is to inform you of your right to join a lawsuit filed against Westat, Inc.  The lawsuit seeks to recover unpaid wages and overtime compensation that may be owed to current and former Field Interviewers and Data Collectors of Westat, Inc.  If you wish to join this suit, you must complete and return the attached Notice of Consent to the address indicated below by _____.

   <u>**What This Lawsuit is About**</u>

   The Complaint in this lawsuit alleges that Westat, Inc. intentionally and willfully denied wage payments to its employees.  More specifically, it claims that Westat, Inc.:

   1) Failed to pay Field Interviewers and Data Collectors all wages owed for work performed;

   2) Failed to pay Field Interviewers and Data Collectors for work required to be performed "off-the-clock;" and

   3) Failed to pay Field Interviewers and Data Collectors overtime compensation owed for hours worked in excess of 40 in any given workweek.

1

This lawsuit seeks to recover for current and former Westat, inc. Field Interviewers and Data Collectors all money to which they are entitled.

As a current or former Westat, Inc. Field Interviewer or Data Collector, you have been identified as an individual who may be entitled to seek unpaid or underpaid wages in this lawsuit.  The proposed class in this action is defined as "all individuals who are or have been employed by Westat, Inc. as Field Interviewers or Data Collectors for the three years immediately prior to the date of conditional certification."

### Protection Against Retaliation

Federal law forbids Westat, Inc. from retaliating or discriminating against you in any way if you decide to join this lawsuit.

### How to Join This Lawsuit

Enclosed you will find a Notice of Consent form and an envelope addressed to the attorneys who represent the Plaintiffs.  **If you decide to join this lawsuit, you must complete and sign the Notice of Consent form, postmarked on or before \_\_\_\_, and mail it to:**

Dean R. Fuchs, Esq.
Schulten Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, Georgia  30303

**If your Notice of Consent is postmarked after _____, you will not be allowed to join this lawsuit.**

### The Legal Effect of Joining or Not Joining This Lawsuit

If you decide to join this lawsuit, you will be bound by any judgment entered by the Court.  During this lawsuit, you may have to answer written questions under oath, and/or given sworn testimony.  **Under no circumstances will you be personally responsible for paying any attorneys' fees or costs.**

If you do not join in this lawsuit, you will not be entitled to any money that the Court may award if the Plaintiffs prevail.

### Further Information is Available

If you have any questions, please contact Plaintiffs' attorney identified below, who will represent you if you decide to join the lawsuit.  Do **not** contact the Court.

2

Dean R. Fuchs, Esq.
Schulten Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, Georgia  30303
(404) 688-6800
(404) 688-6840 facsimile
drf@swtlaw.com

**<u>The Court Has Not Yet Made Any Decisions About the Merits of Plaintiffs' Claims</u>**

     This Notice is to inform potential class members of their right to participate in this case. Although the Court has approved this Notice, it has not yet made any decision as to the merits of the claims and defenses of either party.

Dated: _____                    _____
                                                                      United States District Judge