IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN R. SYRJA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 09-1956 |
| v. | ) | |
| | ) | |
| WESTAT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

CLARK COUNTY:
STATE OF NEVADA:

## DECLARATION OF BARRY SMITH

1. My name is Barry Smith. I am of the age of majority, I am competent to provide this statement and I am giving this statement voluntarily and based upon my own personal knowledge. I consent to the use of this Declaration in the above-styled civil action.

2. I was formerly employed by Westat, Inc. as a Field Interviewer for Westat, Inc.'s NHANES project from January 7, 2004 until March 2, 2007.

3. During this time, I regularly worked for Westat, Inc. more than eight (8) hours a day, and regularly worked more than 40 hours per workweek.

4. Regardless of the number of hours I worked, Westat prohibited Field Interviewers from recording that we had worked any more than eight (8)

hours per day and 40 hours per workweek. This policy was in effect for the entire duration of my employment with Westat, Inc.

5. The result of this wage policy is that I was not paid any wages for hours I worked over 40 in a given workweek.

6. At no time did I ever receive either regular or overtime wages for the hours I worked over 40 in a particular workweek.

7. I believe that all Field Interviewers I worked with at Westat, Inc. on the NHANES project were treated similarly, in that no one was paid for any time worked in excess of 40 hours in a particular workweek.

8. There were times which I worked "off the clock" for Westat, Inc. for which I was not paid.

9. Although I have already brought a civil action against Westat, Inc. in this court, I hereby consent to participate in this civil action as an "opt-in" Plaintiff to the extent my Motion for Leave to Add FLSA Claims is denied.

10. This statement is freely given without threat of harm or promise of reward. I have read the foregoing and I declare under penalty of perjury that it is true.

This 4th day of October, 2009.

_____
BARRY SMITH